UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GARLAND BRYANT, JR.,

    Plaintiff,

v.   CASE NO. 6:08-cv-252-Orl-19DAB

SCOTT MOSTERT, et al.,

    Defendants.

_____

### ORDER

This case is before the Court on the following matters:

1.    Plaintiff filed a Petition/Motion for Consideration (Doc. No. 23, filed June 5, 2008), in which he requests this Court to rule on his Motion for Summary Judgment (Doc. No. 22, filed June 5, 2008) and to suspend Jo Lynn Nelson, a Brevard County Assistant State Attorney, from practice pending the resolution of the instant case. *See* Doc. No. 23 at 5. In support of the Motion for Consideration, Plaintiff complains about judicial rulings made and actions taken by the Eighteenth Judicial Circuit Court for Florida in relation to motions he filed in his state criminal and civil cases.

As an initial matter, the Court notes that Jo Lynn Nelson is not a party to the instant action. Moreover, Plaintiff is advised that Defendants have not filed a responsive pleading, nor has the time expired in which to do so pursuant to the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 12. Accordingly, Plaintiff's Motion for Consideration (Doc. No. 23) is **DENIED**.

2. Plaintiff's Motion for Summary Judgment (Doc. No. 22, filed June 5, 2008) is **DENIED** without prejudice to Plaintiff's right to renew the motion. As noted previously, there has been no responsive pleading filed nor has discovery been conducted. Furthermore, a scheduling order has not yet been entered in this action. Therefore, the motion is premature.

3. Plaintiff filed a document entitled, "Notice to the Court" (Doc. 24, filed June 5, 2008). The document's heading and contents demonstrate that it relates to Plaintiff's state criminal and civil proceedings and was filed in the Eighteenth Judicial Circuit Court for Brevard County. *See id.* at 1-7. It is not clear why Plaintiff filed the document in the instant case. Accordingly, the document is ordered **STRICKEN,** and *the Clerk is directed to return it to the submitting party with a copy of this Order*.

**DONE AND ORDERED** at Orlando, Florida this   9th   day of June, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 6/9

Garland Bryant, Jr.
Counsel of Record