UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GARLAND BRYANT, JR.,

    Plaintiff,

v.                                                      CASE NO. 6:08-cv-252-Orl-19DAB

SCOTT MOSTERT, et al.,

    Defendants.
_____

GARLAND BRYANT, JR.,

    Plaintiff,

v.                                                       CASE NO. 6:08-cv-573-Orl-19KRS

JO LYNN NELSON,

    Defendant.
_____

## ORDER

These cases are before the Court on the following matters:

1.     In these cases, Plaintiff filed Motions to Consolidate Actions. *See* Case No. 6:08-cv-252-Orl-19DAB, Doc. No. 30, filed June 20, 2008; *see also* Case No. 6:08-cv-573-Orl-19KRS, Doc. No. 11, filed June 20, 2008. In both motions, Plaintiff seeks to consolidate case number 6:08-cv-252-Orl-19DAB with case number 6:08-cv-573-Orl-28KRS. In support of the motions, Plaintiff asserts that both actions involve the same series of incidents and common questions of law and fact. A review of the complaints indicates that both actions

relate to the same incidents and occurrences. Accordingly, pursuant to Federal Rule of Civil Procedure 42 and Local Rule 1.04(c), it is hereby **ORDERED** that Plaintiff's Motions to Consolidate (Case No. 6:08-cv-252-Orl-19DAB, Doc. No. 30; and Case No. 6:08-cv-573-Orl-19KRS, Doc. No. 11) are **GRANTED**.

2. Case number 6:08-cv-573-Orl-19KRS is hereby consolidated with case number 6:08-cv-252-Orl-19DAB. All future filings related to these cases shall be filed in case number 6:08-cv-252-Orl-19DAB and shall include only that case number. The **Clerk of the Court** is directed to close case number 6:08-cv-573-Orl-19KRS.

3. Within **ELEVEN (11) DAYS** from the date of this Order, Plaintiff shall file an amended complaint in case number 6:08-cv-252-Orl-19DAB.[1] To amend his complaint, Plaintiff should <u>completely fill out a new civil rights complaint form</u>, marking it **Amended Complaint**. The amended complaint must include all of the Defendants and all of Plaintiff's claims; it should not refer back to the original complaint in either case number 6:08-cv-252-Orl-19DAB or case number 6:08-cv-573-Orl-28KRS. In a brief and concise manner, Plaintiff should clearly describe <u>how each named defendant</u> is involved in the alleged constitutional violation(s) in the body of the complaint in the section entitled "Statement of Facts." If Plaintiff fails to file an amended complaint in compliance with this Order within this time, then the original complaint in case number 6:08-cv-252-Orl-19DAB

---

[1]The Court notes that there has been no responsive pleading filed by the two Defendants in case number 6:08-cv-252-Orl-19DAB.

will continue to serve as the initial pleading in this case and only those Defendants named in that complaint will be parties to the action.

The **Clerk of the Court** is directed to mail Plaintiff a civil rights complaint form along with this Order.

**DONE AND ORDERED** at Orlando, Florida, this __30th__ day of June, 2008.

```
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT
```

Copies to:
sc 6/30
Garland Bryant, Jr.
Counsel of Record