UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GARLAND BRYANT, JR.,

    Plaintiff,

v.                                                                  CASE NO. 6:08-cv-252-Orl-19DAB

SCOTT MOSTERT, et al.,

    Defendants.

## ORDER

This case is before the Court on the following motions:

1.    Plaintiff's Motion to Compel Response to Interrogatories and Discovery (Doc. No. 35, filed July 7, 2008) is **DENIED** without prejudice. In response to Plaintiff's motion, Defendants have sought an extension of time in which to respond or object to Plaintiff''s discovery requests. *See* Doc. No. 36. In support of their request, Defendants note that the instant action was consolidated with case number 6:08-cv-573-Orl-19KRS, and Plaintiff was provided an opportunity to file an amended complaint. *See* Doc. No. 32. Thereafter, Defendants were granted an extension of time in which to file a responsive pleading in order to allow them an opportunity to respond to Plaintiff's amended complaint, if one was filed. *See* Doc. No. 34. As such, Defendants request the Court to extend the time in which they must respond or object to Plaintiff's discovery requests until after the date on which they are required to respond to the amended complaint. For good cause shown, it is

**ORDERED** that Defendants shall have until August 29, 2008, to respond to Plaintiff's discovery requests.

2. Plaintiff's Motion for Leave to File Numerous Motions (Doc. No. 37, filed July 14, 2008) is **GRANTED** to the extent Plaintiff is seeking to file four motions which he attached as exhibits to the instant motion. Accordingly, the **Clerk of the Court** shall docket the motions filed in exhibits A through D to the instant motion as separate docket entries. Because the Court's rulings on these motions will impact whether Plaintiff must file an amended complaint, and if so, the date by which he must do so, the date on which Defendants Mostert and R.W. Nelson must file a responsive pleading is hereby extended to August 18, 2008.

3. Defendants Mostert's and R.W. Nelson's Motion for Protective Order (Doc. No. 38, filed July 17, 2008) is **GRANTED**. On April 30, 2008, Plaintiff was advised that after counsel appeared for Defendants, he should send pleadings, motions, or other documents "directly to counsel for Defendants, rather than to Defendants personally." (Doc. No. 17 at 2.) According to Defendants Mostert and R.W. Nelson, Plaintiff has continued to send documents directly to them despite the appearance of counsel on their behalf. Accordingly, it is hereby **ORDERED** that Plaintiff is prohibited from contacting or communicating with Defendants Mostert and R.W. Nelson directly and shall send any pleadings, motions, or documents directly to Defendants' counsel.

**DONE AND ORDERED** at Orlando, Florida this 18th day of July, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 7/18
Garland Bryant, Jr.
Counsel of Record