UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GARLAND BRYANT, JR.,

    Plaintiff,

v.                                             Case No. 6:08-cv-252-Orl-UA-DAB

SCOTT MOSTERT, et al.,

    Defendants.

## ORDER

This case is before the Court on the following motions:

1.     Plaintiff's Motion to Strike Defendants' Answer and Affirmative Defenses (Doc. No. 59, filed September 8, 2008) is **DENIED.**

2.     Defendants' Motion for Protective Order (Doc. No. 56, filed August 27, 2008) is **GRANTED**. Defendants shall not be required to comply with Plaintiff's discovery requests until a determination has been made as to the applicability of the defense of qualified immunity. Within **FORTY (40) DAYS** from the date of this Order, Defendants shall file a dispositive motion regarding the defense of qualified immunity. Failure to do so within this time will result in the entry of an order directing Defendants to comply with Plaintiff's discovery requests.

3.     Plaintiff's Motion for Extension of Time (Doc. No. 60, filed September 8, 2008) is **DENIED** without prejudice. To the extent Plaintiff is seeking an extension of time in which to respond to any dispositive motions, the Court notes that no such motions are

pending. In the event such a motion is filed, Plaintiff will be provided an opportunity to respond to the motion.

    **DONE AND ORDERED** at Orlando, Florida, this 17th day of September, 2008.

               *David A. Baker*
               DAVID A. BAKER
            UNITED STATES MAGISTRATE JUDGE

Copies to:
sc 9/16
Counsel of Record
Garland Bryant, Jr.