UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GARLAND BRYANT, JR.,

    Plaintiff,

v.                                       Case No. 6:08-cv-252-Orl-35DAB

SCOTT MOSTERT, et al.,

    Defendants.

## ORDER

This case is before the Court on the following motions:

1.     Plaintiff's Motion to Extend Time (Doc. No. 106) is **DENIED** without prejudice. Plaintiff appears to seek an extension of time based on his pending release from prison. However, the Court cannot determine what Plaintiff is seeking an extension of time to do. As such, the motion is denied.

2.     Plaintiff's Motion for Substitution of Parties (Doc. No. 107) is **DENIED**. Plaintiff seeks to substitute his biological son as the plaintiff in this action in the event Plaintiff is injured or killed in retaliation for his filing of this action. Such a request is not ripe for consideration, and the Court will not justify Plaintiff's baseless allegations and conjecture by considering such a request.

**DONE AND ORDERED** at Orlando, Florida, this 9th day of April, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies to:
sc 4/9
Counsel of Record
Garland Bryant, Jr.